1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIAD MOUSSA DAGHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>　　　　Defendants. | 1: 06 CV 01607 OWW-DLB<br><br>DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME AND PROPOSED ORDER |

   The United States hereby requests a 60-day extension of time until March 9, 2007, to file its answer.  This motion is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: December 28, 2006               Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Carolyn K. Delaney

                                       By
                                       CAROLYN K. DELANEY
                                       Assistant U.S. Attorney
///
///
///
///
///
///

1

Pursuant to the defendant's request for an extension of time, it is hereby **ordered** that the defendant be granted an extension of time until March 9, 2007.

IT IS SO ORDERED

DATED: December 28, 2006

                                            /s/ *Dennis L. Beck*
                                            Honorable Dennis L. Beck
                                            United States Magistrate Judge

D E C L A R A T I O N

I, CAROLYN K. DELANEY, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2. The sole person responsible for handling civil immigration matters in the Eastern District of California is Assistant U.S. Attorney Audrey B. Hemesath. Thus, this case is assigned to Ms. Hemesath.

3. On December 14, 2006, Ms. Hemesath had to take a sudden medical leave of absence due to pregnancy-related hyperemesis (severe vomiting). Ms. Hemesath anticipates that her condition will preclude her from returning to work for at least six weeks.

4. Ms. Hemesath is the only person in this office with the unique expertise to handle the present matter.

5. The defendant's answer is due on January 9, 2007.

6. The defendant has not previously requested any extensions of time in which to file its answer.

7. The plaintiff is not in custody.

8. Based upon Ms. Hemesath's urgent medical condition the defendant respectfully requests an extension, until March 9, 2007, in which to file the answer.

9. I have communicated with Peter Singh, the plaintiff's counsel, who indicated that he has no objection to this request.

///
///
///
///

1 | I declare under the penalties of perjury that foregoing is
2 | true and correct to the best of my knowledge.
3 | Executed this 28th day of December, 2006.

5 | /s/ Carolyn K. Delaney
6 | _____
  | CAROLYN K. DELANEY