Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721

Attorney for: **ZIAD MOUSSA DAGHER,** Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZIAD MOUSSA DAGHER,**<br><br>    **Plaintiff;**<br><br>    v.<br><br>**MICHAEL CHERTOFF, ET AL.,**<br>    **Defendants.** | Case No.: 1:06-cv-01607 - LJO-DLB<br><br>A No.: 47 438 282<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: February 23, 2007.                     PETER SINGH & ASSOCIATES, P.C.


                                              _____/s/ Peter Singh_____
                                              Peter Singh
                                              Attorney for Plaintiff, Ziad Moussa Dagher


Dated: February 23, 2007.                     U.S. ATTORNEY EASTERN
                                              DISTRICT OF CALIFORNIA.


                                              _____/s/ Audrey B. Hemesath_____
                                              Audrey B. Hemesath,
                                              Attorney for Defendants.

IT IS SO ORDERED.

**Dated:    February 26, 2007**                                    **/s/ Lawrence J. O'Neill**

66h44d                                                                    UNITED STATES DISTRICT JUDGE