IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIAD MOUSSA DAGHER, | CASE NO. CV F 06-1607 LJO DLB |
| Plaintiff, | **ORDER TO CLOSE CASE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of the U.S. Citizenship & Immigration Services, DAVID STILL, District Director of the U.S. Citizenship & Immigration Services, and DON RIDING, Officer in Charge of the Fresno Office of the U.S. Citizenship & Immigration Services, | |
| Defendants. / | |

On November 9, 2006, Plaintiff filed a complaint seeking a writ of mandamus to adjudicate his application for naturalization. On February 23, 2007, this Court approved a joint stipulation and ordered a dismissal of the case. On May 3, 2007, this Court granted Defendants' motion to reopen and to remand, whereby the case was remanded to the United States Citizenship & Immigration Services with instructions to adjudicate Plaintiff's application within 60 days. On July 2, 2007, Defendants filed a "Notice of Administrative Adjudication" along with a letter to Plaintiff advising him to appear at the next oath ceremony.

Plaintiff has obtained the relief sought; namely, his application for naturalization has now been

1

1  adjudicated. The complaint, therefore, is now moot. Accordingly, the Court orders the clerk to CLOSE
2  this case.
3
4       IT IS SO ORDERED.
5  **Dated:   July 2, 2007**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE